**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. C 11-288 SI (pr) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| WARDEN, KERN VALLEY STATE PRISON, | |
| Respondent. / | |

Michael J. Hicks commenced this action by filing a "petition for writ of mandate for court order to provide ad seg/EOP inmates with 10 hours of group per week." Docket # 1. The petition concerns acts and omissions that occurred at the Kern Valley State Prison in Kern County, which is within the venue of the Eastern District of California. The respondent apparently resides in the Eastern District of California. No respondent is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: April 7, 2011

_____
SUSAN ILLSTON
United States District Judge