UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF KERN VALLEY STATE PRISON,<br><br>　　　　　　Respondent. | 1:11-CV-00580 SMS HC<br><br>ORDER DISMISSING REQUEST FOR CLASS CERTIFICATION AND REQUEST FOR APPOINTMENT OF COUNSEL<br><br>[Doc. #14] |

On January 19, 2011, Petitioner filed the instant petition for writ of mandamus in the United States District Court for the Northern District of California. The case was transferred to the Eastern District on April 7, 2011.

On May 4, 2011, the undersigned issued an order dismissing the petition. Judgment was entered the same date. On May 5, 2011, Petitioner filed the instant request for class certification and request for appointment of counsel. Because the case is terminated, the requests are moot.

Accordingly, IT IS HEREBY ORDERED that the request for class certification and request for appointment of counsel are DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   May 11, 2011**　　　　　　　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE